# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) **ORDER DENYING REQUEST FOR** |
| | ) **FURLOUGH TO OBTAIN EVALUATION** |
| vs. | ) |
| Aaron Earl Salazar, | ) Case No. 1:16-cr-052 |
| Defendant. | ) |

Before the court is a "Motion for Furlough" filed by defendant on January 24, 2017. Defendant was previously ordered detained pending trial. He is currently being housed at the Heart of America Correctional and Treatment Center ("HACTC") in Jamestown, North Dakota. In the motion, he advises that he has scheduled a chemical dependency evaluation at Goodman Addiction Services in Minot, North Dakota, at 1:00 p.m. on February 15, 2017. He requests to be released to the custody of fiance, Brittany Keyes, for transport to this evaluation with the understanding that he will immediately return to HACTC upon its completion.

Since defendant filed his motion, the court has issued an order directing that he be released to the Bismarck Transition Center on January 30, 2017. So long as he remains compliant with his release conditions, he shall be residing in Bismarck for the foreseeable future. Given these circumstances, the prospect of him commuting to Goodman Addiction Services for treatment should he be accepted into its treatment program is not feasible. Therefore, the court will not grant his request for a furlough. Defendant's motion (Docket No. 242) is **DENIED**.

**IT IS SO ORDERED.**

Dated this 27th day of January, 2017.

                                                                               */s/ Charles S. Miller, Jr.*
                                                                               Charles S. Miller, Jr., Magistrate Judge
                                                                               United States District Court